# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | § § § | |
| Plaintiff, | § § | Civil Action No. 9:06-CV-157 (RHC) |
| v. | § § | DEMAND FOR JURY TRIAL |
| INTEL CORPORATION, | § § § | |
| Defendant. | § | |

### INTEL CORPORATION'S STATEMENT OF NON-OPPOSITION TO AMBERWAVE'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT

Defendant Intel Corporation ("Intel") respectfully submits this statement of non-opposition to Plaintiff AmberWave Systems Corporation's ("AmberWave") motion for leave to amend its complaint to add a count seeking a judicial declaration that Intel does not have a license to the patent in suit, United States Patent No. 5,158,907 (the "'907 patent"). In light of the liberal pleading standards under Fed. R. Civ. P. 15, Intel does not oppose AmberWave's motion for leave to amend its complaint. Intel, however, otherwise fully reserves its rights.

INTEL CORPORATION'S STATEMENT OF NON-OPPOSITION TO AMBERWAVE'S
MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT
*AmberWave Systems Corporation v. Intel Corporation*
{A12\7395\0006\W0311760.1 }
047008-0028-02056-PaloAlto.2101611.2

Page 1 of 2

Dated: September 13, 2006

Respectfully submitted,

By: */s/ John F. Bufe*
MICHAEL E. JONES, Lead Attorney
Texas Bar No. 10929400
mikejones@potterminton.com
JOHN F. BUFE
Texas Bar No. 03316930
johnbufe@potterminton.com
**POTTER MINTON, PC**
110 North College
500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**

**Of Counsel:**

George M. Newcombe
(CA Bar No. 202898)
gnewcombe@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 13, 2006. Any other counsel of record will be served by First Class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe

INTEL CORPORATION'S STATEMENT OF NON-OPPOSITION TO AMBERWAVE'S
MOTION FOR LEAVE TO FILE ITS FIRST AMENDED COMPLAINT
*AmberWave Systems Corporation v. Intel Corporation*
{A12\7395\0006\W0311760.1 }
047008-0028-02056-PaloAlto.2101611.2

Page 2 of 2