IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-638-UNA |
| | ) | |
| INTEL COPRORATION, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF ENTRY OF APPEARANCE

Please enter our appearance for plaintiff, AmberWave Systems Corporation.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*

                _____
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                Leslie A. Polizoti (#4299)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                (302) 658-9200
                  *Attorneys for Plaintiff*
                  *AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Samuel K. Lu
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
(310) 277-1010

October 17, 2006

541880