# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

DAVID MALAND
Clerk

104 North Third Street
Lufkin, Texas 75901

October 17, 2006

U S District Clerk
844 N King St
Wilmington DE 19801-3519

Attention: Betty

In Re: Transfer of Jurisdiction
Our Case No. 9:06cv157 Amerwave Systems v Intel Corporation

Dear Betty:     06CV 638

Enclosed are the other two sealed documents in the above case (Docs. 32 and 37). To confirm your login and password: login: dldc; password: transfer.

Please acknowledge receipt of the documents listed above by copy of this letter enclosed for your convenience.

Very truly yours,

DAVID MALAND, CLERK

By: _____
       Deputy Clerk

Received on   10/23/06   .

Clerk, United States District Court

By: _____
       Deputy Clerk