IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-638 (KAJ) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to Defendant Intel Corporation in the above-captioned action.

                        YOUNG CONAWAY
                           STARGATT & TAYLOR, LLP

                        */s/ Karen E. Keller*
                        Josy W. Ingersoll (No. 1088)
                        John W. Shaw (No. 3362)
                        Karen E. Keller (No. 4489)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        P.O. Box 391
                        Wilmington, DE 19899-0391
                        (302) 571-6600
                        kkeller@ycst.com

                        *Attorneys for Intel Corporation*

Dated: October 31, 2006

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Leslie A. Polizoti, Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347

I further certify that on October 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

>David I. Gindler, Esquire
>Christopher A. Vanderlaan, Esquire
>Jason G. Sheasby, Esquire
>Amir Naini, Esquire
>Irell & Manella LLP
>1800 Avenue of the Stars, Suite 900
>Los Angeles, CA  90067

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Josy W. Ingersoll (No. 1088)
>John W. Shaw (No. 3362)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>Karen E. Keller@ycst.com
>*Attorneys for Intel Corporation*