IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMBERWAVE SYSTEMS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-638 (KAJ) |
| v. | ) ) ) | |
| INTEL CORPORATION, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF AMBERWAVE SYSTEMS CORPORATION'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

On September 1, 2006, AmberWave sought leave to amend its patent infringement complaint to add a claim for declaratory judgment that Intel does not have a license to United States Patent No. 5,158,907 (the "'907 patent") (D.I. 43). On September 13, 2006, Intel filed a Statement of Non-Opposition to this motion (D.I. 44). This motion is currently pending. With this notice, AmberWave withdraws without prejudice its motion to amend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Leslie A. Polizoti*
Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff AmberWave Systems Corporation*

OF COUNSEL:
Morgan Chu
David I. Gindler
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

November 3, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006 I electronically filed Plaintiff AmberWave Systems Corporation's Notice of Withdrawal of Its Motion for Leave to Amend Its Complaint with the Clerk of the Court using CM/ECF, which will send notification of such filing to Karen E. Keller.

I further certify that I caused copies of the foregoing document to be served on November 3, 2006 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Josy W. Ingersoll
John W. Shaw
Karen E. Keller
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**BY EMAIL AND FEDERAL EXPRESS**

George M. Newcombe
Jeffrey E. Ostrow
Patrick E. King
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com