**THIS IS A SEALED DOCUMENT.**

**THIS IS A SEALED DOCUMENT.**

Case 1:06-cv-00638-SLR-MPT    Document 52-2    Filed 11/06/2006    Page 1 of 1