IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMBERWAVE SYSTEMS CORPORATION,       )
                                     )
              Plaintiff,             )
                                     )
       vs.                           )      C.A. No. 06-638 (KAJ)
                                     )
INTEL CORPORATION,                   )
                                     )
              Defendant.             )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Amberwave Systems Corporation's Responses to Intel's First Set of Requests for Production* were caused to be served on November 13, 2006 upon the following in the manner indicated:

**BY FACSIMILE & E-MAIL**                    **BY E-MAIL**

George M. Newcombe, Esquire                  David LaRocca, Esquire
Patrick E. King, Esquire                     Simpson Thacher and Bartlett LLP
Simpson Thacher and Bartlett LLP             425 Lexington Avenue
2250 Hanover Street                          New York, NY 10017
Palo Alto, CA 94304                          dlarocca@stblaw.com
gnewcombe@stblaw.com
pking@stblaw.com
                                             Nancy Anderson, Esquire
                                             Simpson Thacher and Bartlett LLP
Josy Ingersoll, Esquire                      2250 Hanover Street
John W. Shaw, Esquire                        Palo Alto, CA 94304
Young, Conaway, Stargatt & Taylor, LLP       nanderson@stblaw.com
The Brandywine Building
1000 West Street
Wilmington, DE 19899
jingersoll@ycst.com
jshaw@ycst.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for AmberWave Systems Corporation*

OF COUNSEL:

Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
(310) 277-1010

November 13, 2006

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Leslie A. Polizoti, hereby certify that on November 13, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll (#1088)
> John W. Shaw (#3362)
> Young, Conaway, Stargatt & Taylor, LLP

and that on November 13, 2006 I also caused copies to be served upon the following in the manner indicated:

<u>**BY EMAIL**</u>

> Josy W. Ingersoll
> John W. Shaw
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> jingersoll@ycst.com
> jshaw@ycst.com
>
> George M. Newcombe
> Patrick E. King
> Simpson Thacher & Bartlett LLP
> 2550 Hanover Street
> Palo Alto, CA 94304
> gnewcombe@stblaw.com
> pking@stblaw.com

> */s/ Leslie A. Polizoti*
> Leslie A. Polizoti (#4299)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19801
> (302) 658-9200
> lpolizoti@mnat.com