IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Case No. 06-638-KAJ |

### CORRECTED NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of (1) Intel's First Set of Requests for Production and (2) Intel's First Set of Interrogatories were caused to be served on October 13, 2006 on the following counsel of record in the manner indicated below:

**BY FEDERAL EXPRESS, FIRST CLASS MAIL & ELECTRONIC MAIL**

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347

**BY HAND DELIVERY, FEDERAL EXPRESS, FIRST CLASS MAIL AND ELECTRONIC MAIL**

> Jason G. Sheasby, Esquire
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, CA  90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 16, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF, ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
kkeller@ycst.com

Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
(650) 251-5000

Dated: November 16, 2006

2