IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>                                Plaintiff,<br><br>           v.<br><br>INTEL CORPORATION,<br><br>                                Defendant. | Case No. 06-638-KAJ |

### NOTICE OF SERVICE

The undersigned, counsel for Intel Corporation, hereby certify that copies of Intel's Responses and Objections to AmberWave's First Set of Interrogatories were caused to be served on November 13, 2006 on the following counsel of record in the manner indicated below:

**BY US EXPRESS MAIL & ELECTRONIC MAIL**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Jason G. Sheasby, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 16, 2006 upon the following counsel of record in the manner indicated:

**BY CM/ECF, ELECTRONIC MAIL, AND HAND DELIVERY**

    Jack B. Blumenfeld, Esquire
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347

**BY ELECTRONIC MAIL AND FEDERAL EXPRESS**

    Jason G. Sheasby, Esquire
    Irell & Manella LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA  90067

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Karen E. Keller
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600
    kkeller@ycst.com

    Attorneys for Intel Corporation

OF COUNSEL:

George M. Newcombe
Patrick E. King
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304
(650) 251-5000

Dated:  November 16, 2006