IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | C.A. No. 06-638 *** |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By: /s/ *Jack B. Blumenfeld*        /s/ *John W. Shaw*

  Jack B. Blumenfeld (#1014)      Josy W. Ingersoll (No. 1088)
  Leslie A. Polizoti (#4299)       John W. Shaw (No. 3362)
  MORRIS, NICHOLS, ARSHT &     YOUNG CONAWAY STARGATT &
  TUNNELL LLP           TAYLOR, LLP
  1201 N. Market Street        The Brandywine Building, 17th Floor
  P.O. Box 1347           1000 West Street
  Wilmington, Delaware 19899      Wilmington, Delaware 19801
  *Attorneys for AmberWave Systems*    *Attorneys for Intel Corporation*
  *Corporation*

SO ORDERED this _____ day of _____, 2007.

                          _____
                          United States District Court Judge