IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION; | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-638-*** |
| INTEL CORPORATION, | : |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this **27th** day of **February, 2007.**

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge scheduled for Monday, March 12, 2007 at 3:30 P.M. Eastern Time is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE