IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMBERWAVE SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | C.A. No. 06-638 *** |

## STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action (the "Action"), including, without limitation, all claims and counterclaims asserted in the Action, are hereby dismissed <u>with prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees, including attorneys fees.

DATED: February 26, 2007

By:  /s/ Jack B. Blumenfeld                           /s/ John W. Shaw

Jack B. Blumenfeld (#1014)                  Josy W. Ingersoll (No. 1088)
Leslie A. Polizoti (#4299)                      John W. Shaw (No. 3362)
MORRIS, NICHOLS, ARSHT &            YOUNG CONAWAY STARGATT &
TUNNELL LLP                                        TAYLOR, LLP
1201 N. Market Street                            The Brandywine Building, 17th Floor
P.O. Box 1347                                        1000 West Street
Wilmington, Delaware 19899               Wilmington, Delaware 19801
*Attorneys for AmberWave Systems*       *Attorneys for Intel Corporation*
*Corporation*

SO ORDERED this ___1st___ day of ___March___, 2007.

/s/ Sue L. Robinson
United States District Court Judge